Reset Form

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

HARRIET STEINBERG and EDWARD VOGEL, Derivatively on behalf of HEWLETT-PACKARD COMPANY,

Plaintiff(s),

v.

LEO APOTHEKAR, ANN M. LIVERMORE, SHANE V. ROBISON and MARGARET C. WHITMAN, Defendants,
HEWLETT-PACKARD COMPANY, Delaware corporation, Nominal Defendant.

Case No: 3:14-cv-02287

APPLICATION FOR
ADMISSION OF ATTORNEY
PRO HAC VICE
(CIVIL LOCAL RULE 11-3)

I, Gary S. Graifman, an active member in good standing of the bar of New York, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Harriet Steinberg and Edward Vogel in the above-entitled action. My local co-counsel in this case is Ian D. Berg (Bar No. 263586), an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| 210 Summit Avenue<br>Montvale, New Jersey 07645 | 12526 High Bluff Drive, Suite 300<br>San Diego, California 92130 |
| MY TELEPHONE # OF RECORD:<br>(201) 391-7000 | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD:<br>(858) 792-3448 |
| MY EMAIL ADDRESS OF RECORD:<br>ggraifman@kgglaw.com | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD:<br>iberg@aftlaw.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 1704410.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: 06/17/14

APPLICANT

ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Gary S. Graifman is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated:

UNITED STATES DISTRICT/MAGISTRATE JUDGE

PRO HAC VICE APPLICATION & ORDER

*October 2012*